UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH EMMANUEL GIL SANCHEZ,

    Petitioner,

-against-

THOMAS DECKER, in his official capacity as Director of the New York Field Office of U.S. Immigration and Customs Enforcement; and CHAD WOLF, in his official capacity as Acting Secretary, U.S. Department of Homeland Security,

    Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/23/2020

20 Civ. 4545 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Petitioner having filed an application for a temporary restraining order, ECF No. 3, it is ORDERED that:

1. By **June 26, 2020**, Respondents shall file their response; and
2. By **June 30, 2020**, Petitioner shall file his reply, if any.

It is further ORDERED that by **June 24, 2020**, Petitioner shall serve a copy of the petition, application for a temporary restraining order, ECF Nos. 2–4, and this order on Respondents, including by providing a copy of those documents to the United States Attorney's Office for this district. Service may be effected by reliable electronic means. By **June 25, 2020**, Petitioner shall file proof of service to the docket.

SO ORDERED.

Dated: June 23, 2020
      New York, New York

_____
ANALISA TORRES
United States District Judge