UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH EMMANUEL GIL SANCHEZ,

                Petitioner,

-against-

THOMAS DECKER, in his official capacity as Director of the New York Field Office of U.S. Immigration and Customs Enforcement; and CHAD WOLF, in his official capacity as Acting Secretary, U.S. Department of Homeland Security,

                Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: _11/18/2021_

20 Civ. 4545 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On July 8, 2020, the Court denied petitioner's motion for a temporary restraining order and preliminary injunction. ECF No. 15. By **November 30, 2021**, Petitioner shall file a letter on its intentions with respect to the continuation of this action.

    SO ORDERED.

Dated: November 18, 2021
       New York, New York

ANALISA TORRES
United States District Judge